BEFORE THE SECOND DIVISION, MAY 29, 1963

No. 67780.—Keer Maurer Company v. United States, protest 62/5919 (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of talyrond apparatus and equipment similar in all material respects to those the subject of Abstract 64440, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MAY 29, 1963

No. 67781.—Barnett Customs Brokers, Inc., of California v. United States, protest 62/10598 (Los Angeles).

Opinion by DONLON, J. An examination of the official papers showing that the protest was filed more than 60 days after liquidation, the protest was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE FIRST DIVISION, JUNE 4, 1963

No. 67782.—Joseph Markovits, Inc. v. United States, protests 60/1219, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of bridal headdresses similar in all material respects to those the subject of Novik & Co., Inc. v. United States (45 Cust. Ct. 183, C.D. 2221), the claim of the plaintiff was sustained.